# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

CALVIN RAY MCDANIEL                                        PLAINTIFF

v.                       No. 3:12CV00213 JLH-JTK

RONNIE COLEMAN, Jail Administrator,
Crittenden County Detention Facility, *et al*.                      DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them. Accordingly,

IT IS, THEREFORE, ORDERED that defendant Mike Allen is DISMISSED without prejudice for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED this 22nd day of October, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE