**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

CALVIN RAY MCDANIEL                                                                PLAINTIFF

v.                              No. 3:12CV00213 JLH-JTK

RONNIE COLEMAN, Jail Administrator,
Crittenden County Detention Facility, *et al*.                          DEFENDANTS

## <u>ORDER</u>

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney.  There have been no objections.  After a review of those proposed findings and recommendations, the Court adopts them.  Accordingly,

IT IS, THEREFORE, ORDERED that defendant Mike Allen is DISMISSED without prejudice for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED this 22nd day of October, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE