# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

CALVIN RAY MCDANIEL                                                            PLAINTIFF

v.                                      3:12CV00213-JLH-JTK

MIKE ALLEN, et al.                                                            DEFENDANTS

## ORDER

Plaintiff's Motion for Reconsideration of the Court's January 8, 2013 Order denying his Motion for Counsel (Doc. No. 20), is DENIED without prejudice at this time, for the reasons set forth in the January 8, 2013 Order (Doc. No. 19).

IT IS SO ORDERED this 19th day of February, 2013.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE