IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CALVIN RAY MCDANIEL                                                                                    PLAINTIFF

v.                                        No. 3:12CV00213 JLH-JTK

MIKE ALLEN, et al.                                                                                    DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that the defendants' motion for summary judgment (Document #29) is GRANTED, and plaintiff's complaint against defendants is DISMISSED with prejudice. An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 8th day of July, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE