## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

CALVIN RAY MCDANIEL                                                                          PLAINTIFF

v.                                    No. 3:12CV00213 JLH-JTK

MIKE ALLEN, et al.                                                                         DEFENDANTS

### JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 8th day of July, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE